IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE RIZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:04cv197-A |
| ) | WO |
| CIBER, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Now pending before the court are the plaintiff's motion to include in the record additional information (doc. # 35) filed on June 16, 2005, the plaintiff's motion to add defendant (doc. # 36) filed on June 16, 2005, the plaintiff's motion to answer order and ask the court for information (doc. # 37) filed on June 16, 2005, and the plaintiff's motion for an extension of time to answer discovery (doc. # 40) filed on July 12, 2005.  The court will address each motion individually.

**1.  Motion to include in the record additional information (doc. # 35)**.  The plaintiff seeks to include in the record additional information regarding the basis of his claim. The information he seeks to submit is contained within the motion.  Consequently, the court concludes that the motion is due to be granted.

**2.  Motion to add defendant (doc. # 36)**.  The plaintiff seeks to add James Richardson as a defendant in this case.  Although the pleadings are not a model of clarity, it appears from the pleadings that James Richardson is not an employee of Ciber, Inc. but

instead an employee of the Alabama Department of Human Resources.  The court has previously dismissed the Alabama Department of Human Resources as a defendant (doc. # 22) and has denied a motion to amend seeking to reinstate the Alabama Department of Human Resources as a defendant.  (Doc. # 33).  Consequently, the motion to add James Richardson as a defendant is due to be denied.

    **3.  Motion to answer order and to ask the court for information (doc. # 37)**.  In this motion, the plaintiff is seeking reconsideration of the denial of his motion to amend the complaint to add the Alabama Department of Human Resources as a defendant.  The plaintiff presents no additional information that would warrant reconsideration of the court's prior orders.  In addition, the plaintiff seek information from the court regarding pursuing his case and his appellate rights.  To the extent that the plaintiff seeks the name of Ciber Inc's counsel, the plaintiff is advised that Attorney David Boyd and Attorney Leslie Williams, of Balch & Bingham, P.O. Box 78, 2 Dexter Avenue, Montgomery, Alabama 36101.  To the extent that the plaintiff is seeking legal advice from the court, such request is inappropriate and the motion is due to be denied.

    **4.  Motion for extension of time (doc. # 40)**.  The plaintiff is requesting an extension of sixty days to answer Ciber Inc.'s first discovery request.  The plaintiff simply requests the extension without providing the court any reason why a request is necessary.  Consequently, the motion for an extension of time is due to be denied.

    Accordingly, for the reasons as stated and for good cause, it is

    ORDERED as follows:

1. That the motion to include in the record additional information (doc. # 35) be and is hereby GRANTED;

2. That the motion to add defendant (doc. # 36) be and is hereby DENIED;

3. That the motion to answer order and ask the court for information (doc. # 37) be and is hereby DENIED;, and

4. That the motion for an extension of time to answer discovery (doc. # 40) be and is hereby DENIED.

Done this 14th day of July, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE