IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE RIZO,           ) | |
|                        ) | |
|    Plaintiff,   ) | |
|                        ) | |
| v.                     ) | CIVIL ACTION NO.  2:04CV197-A |
|                        ) | WO |
| CIBER, INC.,           ) | |
|                        ) | |
|    Defendant.   ) | |

**ORDER ON MOTION**

Now pending before the court is the August 11, 2005, motion to reconsider (doc. # 45) filed by the plaintiff.  The plaintiff seeks to add as a defendant James Richardson, the individual responsible for terminating the plaintiff.  However, title VII claims may not be maintained against individuals.  *See Busby v. City of Orlando*, 931 F.2d 764, 772 (11th Cir. 1991).  Consequently, the plaintiff's motion to reconsider his motion to amend be and is hereby DENIED.  It is further

ORDERED that the motion to reconsider the plaintiff's motion for extension of time be and is hereby GRANTED to the extent that the plaintiff is permitted **an additional 30 days** to answer the defendant's interrogatories and request for production of documents.

Done this 15th day of August, 2005.

                                                   /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE