IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE RIZO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv197-A ) (WO) |
| CIBER, INC., | ) ) ) |
| Defendant. | ) |

**ORDER**

On May 25, 2005, the court entered a scheduling order setting a discovery deadline of September 20, 2005 and a dispositive motion deadline of October 31, 2005. (Doc. # 33). Now pending before the court is the defendant's motion for extension of deadline (doc. # 53). The defendant asserts that, in light of the plaintiff's responses to discovery, additional time is necessary to depose the plaintiff and conduct other discovery. Accordingly, it is

ORDERED that the defendant's motion for extension of deadline (doc. # 53) be and is hereby GRANTED to the extent that the discovery deadline is extended from September 20, 2005 until November 4, 2005, solely for the purpose of taking the plaintiff's deposition. No other discovery is permitted. It is further

ORDERED that the dispositive motion deadline be and is hereby EXTENDED from October 31, 2005 until November 30, 2005.

Done this 14th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE