IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE RIZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-197-WKW |
| ) | (WO) |
| CIBER, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

On April 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 82) in this case, finding that the defendant's Motion for Summary Judgment (Doc. # 61) is due to be granted, and that the plaintiff's Motion for Summary Judgment (Doc. # 73) is due to be denied. The Recommendation finds that, because the plaintiff failed to demonstrate that a genuine issue of material fact exists regarding his timely filing of an EEOC charge, his claims are barred by the 180-day rule. The plaintiff filed an objection on May 1, 2006 (Doc. # 83).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The defendant's Motion for Summary Judgment is GRANTED.

4. The plaintiff's Motion for Summary Judgment is DENIED.

5. The plaintiff's claims are DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 5th day of May, 2006.

    /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE