IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE RIZO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-197-WKW |
| ) | (WO) |
| CIBER, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. Judgment be and is hereby entered in favor of the defendant, Ciber, Inc., and against the plaintiff, George Rizo.

2. Costs are taxed against plaintiff, George Rizo, for which execution may issue.

3. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 5th day of May, 2006.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE